# Court of Appeals
# of the State of Georgia

ATLANTA,   May 01, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0336.  ABDUL MALIK CHESTNUT v. CITIMORTGAGE, INC.

On April 18, 2013, Abdul Malik Chestnut filed this application for discretionary review of the trial court's order of September 4, 2012, granting the defendants' motion to dismiss in this dispossessory action.[1]  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the order on appeal. OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).

Because we lack jurisdiction to consider this untimely application, it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/01/2013
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] In Case No. A13A0760, Chestnut filed an untimely direct appeal from this same order, which this Court dismissed on January 9, 2013, because of its untimeliness and Chestnut's failure to follow the discretionary appeal procedures.